FILED
MAY 02 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEALED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 23-30023 |
| ERIC JOHNSON, | ) | 21 U.S.C. § 841(a)(1); |
| | ) | 18 U.S.C. § 924(c); and |
| Defendant. | ) | 18 U.S.C. § 922(g)(1). |

INDICTMENT

The Grand Jury Charges:

COUNT ONE
(Possession of Cannabis with Intent to Distribute)

On or about February 10, 2023, in Sangamon County, in the Central District of Illinois, the defendant herein,

ERIC JOHNSON,

knowingly and intentionally possessed with intent to distribute mixtures or substances containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT TWO
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 10, 2023, in Sangamon County, in the Central District of Illinois, the defendant herein,

ERIC JOHNSON,

did knowingly possess a firearm to wit: a Ruger-US .9mm handgun bearing serial number 32533233, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the possession with intent to distribute mixtures or substances containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
(Unlawful Possession of a Firearm by a Convicted Felon)

On or about February 10, 2023, in Sangamon County, in the Central District of Illinois, the defendant herein,

ERIC JOHNSON,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm to wit: a Ruger-US .9mm handgun bearing serial number 32533233.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts Two and Three are hereby incorporated as though fully set forth herein for the purposes of charging criminal forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d). As a result of committing an offense or offenses in violation of Title 18, United States Code, Sections 922(g) and 924(c), as charged herein, the defendant, ERIC JOHNSON, shall forfeit to the United States all firearms and ammunition involved in the particular aforesaid offenses as set forth in Counts Two and Three above, including but not limited to:

1) a Ruger-US .9mm handgun bearing serial number 32533233; and

2) All ammunition seized during this investigation.

A TRUE BILL,

s/ Foreperson
FOREPERSON

for s/ Douglas Quivey
GREGORY K. HARRIS
UNITED STATES ATTORNEY
MZW

3